USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

7/8/08

Honorable Judge:

As I am writting to you on behelf, of assistant, in Identifying the John Doe defendants pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997).

As I have already Name defendants in My Original Complaint (which at that time was review under a Civil Complaint, (Case Number 9:07-CV-1345, in the United States District Court, Northern District of New York 100 S. Clinton Street P.O. Box 7367, Syracuse N.Y 13261-7367. I was assign to the Honorable District Judge Lawrence E. Kahn; and the Honorable Magistrate Judge David R. Homer.

My filing Date, for this Complaint was December 26, 2007. However the decision that was made, has appointed me, to the United States District Court, Southern District of New York. US Courthouse. 500 Pearl Street New York. N.Y 10007. Because of the defendant's that was Name in My Complaint, and one such defendant, as being BareHill Correctional Facility Medical Staff, was dismiss on 2/19/08, From the Honorable Judge Lawrence E. Kahn. It was said that Barehill was Not directly invole.

My Next defendant was Bader Maria Pedemonte Coira, Medical Director, was also dismiss, Even though She was on such

Documents. She too was not directly invole, but someone is responsible for thair Negligent action. As I cannot pin point the Doctor's or Physican's that was directly invole, in conclusion of my physical, this is why I am asking your assistant in this very important matter.

My complaint took place at Downstate Correctional Facility, on Jan. 4, 2007, between the hour of 8 Am and 10 Am. Only than after I was discharge from D.O.C.S, did I found out, that I had a serious illness, (once I receive my medical discharge paper's) at that time, it was to late to receive treatment, and treatment was not given to me, (while I was in early stage's of my illness, at D.O.C.S (which could of prevented me, from physical and undue hardship. The stress, and pain and emotional feeling that I feel, has destroy and ruin my life, knowing that I will never be able to have kid's, or a family for that matter. At the time of my incarceration my Din-Number, was 02R5993, and because I saw so many Doctor's, and Physican's that day, I really don't know who is responsible.

The court's had sent me paper's telling me that, being that I was not sure who was responsible, that I can name my defendant's as John Doe, so in return that is what I did.

Now they wrote me back, telling me, to try and find out who was responsible. Right now under the freedom information act, I am writting to the place (D.o.c.s) that the incendent took place, Also I have wrote to the facility that I am house at, requsting to them, that I am seeking my medical records from Downstate Correctional Facility. I still haven't heard nothing from them yet. I don't know what to do next, I still have this amend complaint I have to fill out, and send back to the courts.

Until I can Identify my defendants my complaint cannot go foward. I can name Downstate Correctional Facility and its Medical Staff as defendants, but I just want to name those responsible for thair Negligent. Your Honor your expertise and experienced is very much needed. Once again Thank you in this very important matter.

(Signature) Willie Andrews
(Print Name) Willie Andrews

SWORN TO BEFORE ME THIS
22 DAY OF July, 2008
NOTARY PUBLIC

July 23, 2008

The City shall disclose to plaintiff information contemplated in Valentin v Dinkins, 121 F.3d 72 (2d Cir 1997).

SO ORDERED
July 23, 2008
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE